UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                         CIVIL ACTION NO. 04-11126MLW

| | |
|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, | ) ) ) |
| V. | ) ) |
| SIX FLAGS, INC. and INTAMIN AG, | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter our appearance as attorneys for the defendant, Six Flags, Inc., in the above-captioned matter.

    Respectfully submitted,

/s/ John P. Graceffa
John P. Graceffa, BBO #205920
Allain Collins, BBO #659492
Fay M. Chen, BBO #652651
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500

943967v1