AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION _____ District of _____ BOSTON

Sandra Young, and
Eric K. Souza, P.P.A., By
His Mother and Next Best Friend

V.

Six Flags, Inc. and
Intamin AG.

## SUMMONS IN A CIVIL ACTION

04  1112 6  MLW

CASE NUMBER:

TO: (Name and address of Defendant)

President or Manager
Six Flags, Inc.
623 Main Street
Agawam, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russell N. McCarthy, Esquire of 150 North Main Street,
Fall River, MA 02720

an answer to the complaint which is served on you with this summons, within Twenty (20)   days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

JUN 2 7 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  |  | DATE |
|--|--|------|

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

_____ (illegible text) _____

_____ (illegible text) _____

_____ (illegible text) _____ at 623 MAIN ST., AGAWAM, MA 01001 _____

_____ (illegible text) _____ $30.00), Mailing ($1.00) Total Charges $ _____

_____ (illegible) _____

_____ (signature)
*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.