AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION        District of    BOSTON

Sandra Young, and
Eric K. Souza, P.P.A., By
His Mother and Next Best Friend

V.

Six Flags, Inc. and
Intamin AG.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11126 MLW

TO: (Name and address of Defendant)

President or Manager
Intamin AG.
520 McCormick Drive
Suite J
Glen Burnie, Maryland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russell N. McCarthy, Esquire of 150 North Main Street,
Fall River, MA 02720

an answer to the complaint which is served on you with this summons, within  Twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 27 2004

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-10-04 |
| NAME OF SERVER (PRINT) JAMES A. WILBY JR. | TITLE DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: SPOKE WITH SANDOR KERNACS PRESIDENT OF INTAMIN LTD. HE STATED THAT INTAMIN AG IS ANOTHER COMPANY AND NOT HIS COMPANY. REFUSE TO TAKE SUMMONS

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

UN Executed on 9-10-04
           Date                    Signature of Server

7 CHURCH CIR ANNAPOLIS, MD 21404
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.