UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, Plaintiffs, | ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11126MLW |
| SIX FLAGS, INC. and INTAMIN AG, Defendants. | ) ) ) ) | |

**DEFENDANT, SIX FLAGS, INC.
(ASSENTED TO) MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

The defendant, Six Flags, Inc. respectfully moves this Court for leave to file the attached Third-Party Complaint against Intamin Limited, Inc./Intamin Ltd., Intaride, LLC (hereinafter referred to as Intamin Ltd.). In support of this motion, the defendant state as follows:

1. This is a civil action in which the plaintiff alleges that she suffered personal injuries while she was riding on various amusement rides on or about August 6, 2001.

2. Upon information and belief, the ride that the plaintiff was allegedly injured on was the "Superman Ride of Steel," which was designed, manufactured, sold, distributed, installed, and/or maintained by Intamin Ltd, not Intamin AG.

3. Upon information and belief, the accident was caused by the negligent acts of Intamin Ltd. in the design, manufacture, installation, and/or maintenance of the ride.

4. It is in the interest of judicial economy to litigate all the claims in the present action and no party will be prejudiced by the filing of the attached Third-Party Complaint.

5. Federal Rules of Civil Procedure 14(a) provides that "[a]t any time after commencement of the action a defending party, as a third-party plaintiff, may cause a summons

and complaint to be served upon a person not a party to the action who is or may be liable to the third party plaintiff for all or part of the plaintiff's claim against the third party plaintiff."

6. In the present case, the proposed claim is meritorious and advanced in good faith.

7. The defendant, Six Flags, Inc. has brought the present motion in a timely fashion.

WHEREFORE, the defendant, Six Flags, Inc., respectfully request that this Honorable Court allow the present motion for leave to file the attached Third-Party Complaint and deem the Third-Party Complaint filed as of the date of the allowance of this motion.

| | |
|---|---|
| Respectfully submitted,<br>SANDRA YOUNG, and ERIC K. SOUZA,<br>P.P.A., By His Mother and Next Best Friend,<br>By their attorneys, | Respectfully submitted,<br>SIX FLAGS, INC.,<br>By its attorneys,<br><br>**MORRISON MAHONEY LLP** |
| /s/ Russel N. McCarthy | /s/ Allain P. Collins |
| Russell N. McCarthy, BBO #<br>150 N. Main Street<br>Fall River, MA 02720 | John P. Graceffa, BBO #205920<br>Allain P. Collins, BBO #659492<br>250 Summer Street<br>Boston, MA  02210<br>(617) 737-8840 |

### CERTIFICATE OF SERVICE

I, Allain P. Collins, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, upon the attorney of record for each party on October _20, 2004.

/s/ Allain P. Collins
_____
Allain P. Collins