UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC. and INTAMIN AG, Defendant. | CIVIL ACTION NO. 04-11126MLW |

## JOINT OBJECTION TO ASSIGNMENT OF CASE TO THE MAGISTRATE JUDGE

Plaintiffs, Sandra Young and Eric K. Souza, P.P.A., By his mother and Next Best Friend, and Defendant, Six Flags, Inc., by and through their attorneys, object to the assignment of the above-captioned case to the Magistrate Judge and state as follows:

1. On November 1, 2004, both parties received the Court's Notice of Assignment to the Magistrate Judge.

2. In accordance with Court's Notice, both Plaintiffs and Defendant have conferred and jointly object to the assignment of the above-captioned case to the Magistrate Judge and requests that the case be reassigned to a District Judge.

Respectfully submitted,
SANDRA YOUNG, and ERIC K. SOUZA,
P.P.A., By His Mother and Next Best Friend,
By their attorneys,

/s/Russel N. McCarthy
Russell N. McCarthy, BBO #
150 N. Main Street
Fall River, MA 02720
(508) 324-0010

Respectfully submitted,
SIX FLAGS, INC.,
By its attorneys,

**MORRISON MAHONEY LLP**

/s/Allain P. Collins
John P. Graceffa, BBO #205920
Allain P. Collins, BBO #659492
250 Summer Street
Boston, MA 02210
(617) 737-8840

## CERTIFICATE OF SERVICE

    I, Allain P. Collins, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, upon the attorney of record for each party on November 2, 2004.

    /s/ Allain P. Collins
    Allain P. Collins