UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, Plaintiffs, <br><br> VS <br><br> SIX FLAGS, INC. and INTAMIN AG. Defendants. | CIVIL ACTION NO. 04 11126 MLW |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED CIVIL COMPLAINT

NOW COMES THE PLAINTIFFS, in the above entitled matter, and by their Attorney of record, do hereby move this Honorable Court for Leave To File An Amended Civil Complaint.

As reasons for making this Motion, the counsel for the Plaintiffs respectfully asserts that there are additional Defendants purportedly liable in this action; and additionally, the Original Defendant, Intamin AG, has been mistakenly misnamed. As Plaintiffs' Attorney has recently been informed, the proper name of said Defendant should be **INTAMIN LTD. a/k/a INTAMIN LIMITED, INC., INTRARIDE, LLC, INTARIDE, LLC AND INTAMIN AG.**

Respectfully Submitted
Attorney For The Plaintiff's

Russell N. McCarthy, Esquire
150 North Main Street
Fall River, MA 02720
BBO 552879
508-324-0010

ASSENTED TO

*Allain P. Collins*

Allain P. Collins, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
BBO 659492
617-737-8840

## CERTIFICATE OF SERVICE

I, Russell N. McCarthy, counsel for the plaintiffs in the above entitled action, hereby certify that a copy of the within **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED CIVIL COMPLAINT** was given to the defendant in the above entitled action, by mailing a copy thereof, postage prepaid to Allain P. Collins, Esq., of Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210-1181.

Signed under the pains and penalties of perjury this 26th day of November, 2004.

Russell N. McCarthy, Esquire
Attorney for Plaintiff