UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
      Plaintiffs,

v.

SIX FLAGS, INC. and
INTAMIN AG.,
      Defendants.

## DEFENDANT INTAMIN LTD.'S
## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Defendant Intamin Ltd. through counsel states that it has no parent corporation and further states that there is no publicly held company that owns 10% or more of its stock.

Respectfully submitted,

The defendant,
Intamin Ltd.
By its attorneys,

_____
Peter M. Durney #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

- 2 -

CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Intamin Ltd., hereby certify that on the 13th day of December, 2004, a true copy of the foregoing Defendant Intamin Ltd.'s Disclosure Statement Pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA  02720

Allain P. Collins, Esq.
Fay M. Chen, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA  02210

_____
Peter M. Durney