UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
        Plaintiffs,
v.

SIX FLAGS, INC. and
INTAMIN AG.,
        Defendants.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for third-party defendant Intamin Ltd. (incorrectly referred to as "Intamin Limited, Inc/Intamin Ltd., Intraride, LLC"), in the above-referenced matter.

        Respectfully submitted,

        The third party defendant,
        Intamin Ltd.
        By its attorney,

        Anthony J. Manhart, BBO # 657610
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        TEL: (617) 482-8100
        FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

    I, Anthony J. Manhart, attorney for the third party defendant, Intamin Ltd., hereby certify that on the 18th day of December, 2004, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA  02720

Allain P. Collins, Esq.
Fay M. Chen, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA  02210

_____
Anthony J. Manhart