UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
    Plaintiffs,
v.

SIX FLAGS, INC. and
INTAMIN AG.,
    Defendants.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for third-party defendant Intamin Ltd. (incorrectly referred to as "Intamin Limited, Inc/Intamin Ltd., Intraride, LLC"), in the above-referenced matter.

Respectfully submitted,

The third party defendant,
Intamin Ltd.
By its attorney,

Peter M. Durney, BBO # 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
TEL: (617) 482-8100
FAX: (617) 482-3917
PDurney@cornellgollub.com

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the third party defendant, Intamin Ltd., hereby certify that on the 3rd day of January, 2005, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA  02720

Allain P. Collins, Esq.
Fay M. Chen, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA  02210

_____
Peter M. Durney