UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 28 P 1:04
U.S. DISTRICT COURT DISTRICT OF MASS

EASTERN DIVISION CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
Plaintiffs,

v.

SIX FLAGS, INC. and
INTAMIN AG,
Defendants.

**DEFENDANT/THIRD-PARTY DEFENDANT INTAMIN LTD.'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant/Third-Party Defendant Intamin Ltd. certifies that it has been made aware of the requirements of Local Rule 16.1(D)(3) and has conferred through its authorized representatives regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant/third-party defendant has also conferred through its authorized representatives about the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

Sandor Kernacs
President
Intamin Ltd.
520 McCormick Drive, Suite 1
Glen Burnie, MD 21061

Intamin Ltd.,
By its attorneys,
Peter M. Durney #139260
Cornell & Gollub
75 Federal Street
Boston, MA 02110

CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the third-party defendant, Intamin Ltd., hereby certify that on the 27th day of January, 2005, a true copy of the foregoing Third-Party Defendant Intamin Ltd.'s Local Rule 16.1(D)(3) Certification, was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA 02720

John P. Graceffa, Esq.
Allain P. Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Peter M. Durney