UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE
2005 FEB -8  P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC. and INTAMIN LTD, Defendants | CIVIL ACTION NO. 04-11126MLW |

## DEFENDANT, SIX FLAGS INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Six Flags, Inc., through counsel, hereby states as follows: Six Flags, Inc. has no corporate parent and there is no publicly held company that owns 10% or more of its stock.

Respectfully submitted

The defendant,
SIX FLAGS, INC.,
By its attorneys,

MORRISON MAHONEY LLP

_____
John P. Graceffa, BBO #205920
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500

## CERTIFICATE OF SERVICE

    I, John P. Graceffa, attorney for the defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company, hereby certify that on the __ day of February, 2005, a true copy of the foregoing Corporate Disclosure Statement pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 N. Main Street
Fall River, MA 02720

Peter M. Durney, Esq.
Anthony J. Manhart, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

John P. Graceffa