UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE
2005 FEB -7 P 3: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SANDRA YOUNG, and ERIC K. SOUZA, P.P.A., By His Mother and Next Best Friend, Plaintiffs, ) ) ) ) ) | |
| v. ) | CIVIL ACTION NO. 04-11126MLW |
| ) SIX FLAGS, INC. and INTAMIN LTD, Defendants ) ) ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certifies that they have conferred concerning the establishment of the budget for the costs of conducting the full course of litigating this matter to judgment, as well as the possibility of resolving this litigation through the use of various alternative dispute resolution mechanisms.

Respectfully submitted,

MORRISON MAHONEY LLP

_____
John P. Graceffa, BBO #205920
250 Summer Street
Boston, MA  02210
(617) 439-7500

_____
Jon Drake
Manager of Safety and Security
Six Flags New England
P.O. Box 307
Agawam, MA 01001-0307