UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                          CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
          Plaintiffs,

v.

SIX FLAGS, INC. and
INTAMIN AG.,
          Defendants.

## **NOTICE OF APPEARANCE**

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney defendant

Intamin Ltd. (incorrectly referred to as "Intamin AG"), in the above-referenced matter.

                              Respectfully submitted,
                              Defendant, Intamin Ltd.,
                              By its attorney,


                              Jay W. Hannon, BBO # 654812
                              CORNELL & GOLLUB
                              75 Federal Street
                              Boston, MA  02110
                              TEL:  (617) 482-8100
                              FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Jay W. Hannon, attorney for the third party defendant, Intamin Ltd., hereby certify that on the 28th day of November, 2005, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA  02720

John P. Graceffa, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA  02210

Jay W. Hannon