UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                           CIVIL ACTION NO.: 04-11126-MLW 2

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
             Plaintiffs,
v.

SIX FLAGS, INC. and
INTAMIN AG.,
             Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above Named Court:


        Please withdraw the appearance of Anthony J. Manhart and as attorney for defendant

Intamin Ltd. (incorrectly referred to as "Intamin AG"), in the above-referenced matter.

Attorneys Peter M. Durney and Jay W. Hannon will continue to represent Intamin Ltd.


                        Respectfully submitted,
                        Defendant, Intamin Ltd.,
                        By its attorney,



                        Peter M. Durney, BBO # 139260
                        Jay W. Hannon, BBO # 654812
                        CORNELL & GOLLUB
                        75 Federal Street
                        Boston, MA  02110
                        TEL:  (617) 482-8100
                        FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Jay W. Hannon, attorney for the third party defendant, Intamin Ltd., hereby certify that on the 28th day of November, 2005, a true copy of the foregoing Notice of Withdrawal of Appearance, was served by mail, postage prepaid, directed to:

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA  02720

John P. Graceffa, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA  02210

_____
Jay W. Hannon