# Attorney Russell N. McCarthy

150 North Main Street, Fall River, MA 02720
Tel. (508) 324-0010 • Fax (508) 324-0012

Steven McCarthy - Claims Administrator

---

January 4, 2006

Civil Magistrate
Untied States District Court
1 Court House Way
Boston, MA 02210

RE: Sandra Young, et.al. vs Six Flags, Inc. et. al.
Civil Action No.:    04 11126 MLW

Dear Sir:

With reference to the above entitled matter, please note that I am pleased to report this case as settled.

Furthermore, I am requesting the Court to issue a sixty (60) day order, which will allow all the parties two months to acquire the appropriate documents to file. This time is needed as the case settlement is to be structured in part.

I also enclose a letter from Attorney Peter Durney from the firm of Cornell and Gollub, as well as a letter from the Mediator, Jeffrey Stern, Esquire evidencing settlement of same.

Finally, I do hereby sincerely apologize for any prior confusion regarding the current status of this case.

I thank you for your kind attention, assistance and understanding in this matter.

With best regards, I remain,

Very truly yours,

Russell McCarthy, Esquire
150 North Main Street
Fall River, MA 02720

enc.

cc:  John P. Graceffa, Esquire
     Morrison Mahoney LLP
     250 Summer Street
     Boston, MA 02210-1181

cc:  Peter Durney, Esquire
     Cornell & Gollub
     75 Federal Street
     Boston, MA 02110