## CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY
DAVID W. MCCOUGH
THOMAS A. PURSLEY
MARIE CHADEAYNE CHAFE
JAMES F. KERR
PATRICIA A. HARTNETT
GREGG P. BAILEY
CHRISTINE A. KNIPPER
JAY W. HANNON
CARLO F. BONAVITA
JESSICA L. FRITZ
NORAH K. MALLAM
KARA THORVALDSEN

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1988)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

• ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
• ALSO ADMITTED IN NEW HAMPSHIRE
° ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

December 27, 2005

Russell N. McCarthy, Esq.          VIA FACSIMILE
150 North Main Street
Fall River, MA 02720

John P. Graceffa, Esq.             VIA FACSIMILE
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

RE: Sandra Young, and Eric K. Souza, P.P.A., by his Mother and Next Best Friend v. Six Flags, Inc. and Intamin AG
C.A. No. 04 11126MLW

Gentlemen:

Upon receiving Mr. McCarthy's letter dated December 21 (I received it today), I telephoned the court to report the case settled. The Court will issue a sixty (60) day order, which will allow two months to get the appropriate closing documents on file.

Thank you both for your cooperation. I will be forwarding a proposed release shortly. The structured settlement company will likely need some information concerning Ms. Young and her son. I would suggest that she call Russell with any questions she may have, but if you would prefer I handle the documentation in its entirety, I could do so.

I have not seen the letter from SRBC dated December 15. Jeffrey Stern may be out of town, so if Russell would be kind enough to fax me a copy, we could move forward.

2

My call with Judge Wolf's clerk confirmed that we will not need to appear before Magistrate Judge Alexander on January 4, 2006.

Happy New Year to both of you (and to Norman, of course)!

Best regards,

Peter M. Durney

PMD/mal