

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

JEFFREY S. STERN
stern@srbc.com

December 28, 2005

Peter M. Durney, Esquire
Cornell & Gollub
75 Federal Street, 12th Floor
Boston, MA 02110

Russell N. McCarthy, Esquire
150 No. Main Street
Fall River, MA 02720

John P. Graceffa, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Re:   *Sandra Young, et al v. Six Flags, et al*

Dear Counsel:

Following up on my separate recent communications with you, I am confirming the settlement of this case, pursuant to the structured settlement proposal which I forwarded to Russell on December 15, 2005. It was a pleasure to work with you, and I hope I have an opportunity to do so again in the near future. I am enclosing my bill for services.

Sincerely,

Jeffrey S. Stern

JSS/rml
Enclosure
371769