# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Sandra Young & Eric K. Souza
   Plaintiff

   V.

Six Flags, Inc. & Intamin, LTD.
   Defendant

CIVIL ACTION

NO.   04-CV-11126-MLW

## SETTLEMENT ORDER OF DISMISSAL

  Joyce London Alexander,   M. J.

 The Court having been advised on   January 6, 2006   that the above-entitled action has been settled;

 IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

              By the Court,

 1/10/06              /S/ Jarrett Lovett
  Date              Deputy Clerk

(Dismissal Settlement.wpd - 12/98)