UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                          CIVIL ACTION NO.: 04-11126-MLW

SANDRA YOUNG, and
ERIC K. SOUZA, P.P.A., By His MOTHER
AND NEXT BEST FRIEND,
    Plaintiffs,

v.

SIX FLAGS, INC. and
INTAMIN AG.,
    Defendants.

## STIPULATION OF DISMISSAL

Plaintiffs Sandra Young-Oliver (a.k.a. Sandra Young) and Erik K. Souza, p.p.a., by his Mother and Next Best Friend, and defendants Six Flags, Inc. and Intamin Ltd. (incorrectly named "Intamin A.G."), hereby agree and stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the claims asserted by Sandra Young-Oliver and Erik K. Souza, p.p.a., by his Mother and Next Best Friend, in the above-captioned action be dismissed with prejudice and without costs.

| | |
|---|---|
| /S/_Russell McCarthy_____ | /S/_Peter M. Durney_____ |
| Plaintiffs, | Defendant, |
| Sandra Young-Oliver and | Intamin Ltd. |
| Erik K. Souza | By Its Attorney, |
| By Their Attorney, | Peter M. Durney, BBO # 139260 |
| Russell N. McCarthy, BBO#. #552879 | CORNELL & GOLLUB |
| 150 North Main Street | 75 Federal Street |
| Fall River, MA 02720 | Boston, MA 02110 |

S/ John P. Graceffa
Defendant,
Six Flags, Inc.
By Its Attorney,
John P. Graceffa, BBO# #205920
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

## CERTIFICATE OF SERVICE

     I, Peter M. Durney, attorney for the defendant, Intamin Ltd., hereby certify that on the ___ day of March, 2006, a true copy of the foregoing Stipulation of Dismissal will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:

John P. Graceffa, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Russell N. McCarthy, Esq.
150 North Main Street
Fall River, MA 02720

                                                   /S/___Peter M. Durney_____
                                                   Peter M. Durney